UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.                                             Case No. 21-30008
                                          Originating No. 6:20-mj-1825-02

**Wayne Ganaway,**

       Defendant.
_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **Wayne Ganaway,** to answer to charges pending in another federal district, and states:

1. On **January 8, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Middle District of Florida based on a Complaint. Defendant is charged in that district with violation of 18 U.S.C. §1349- Conspiracy to Commit Wire Fraud.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        MATTHEW J. SCHNEIDER
        United States Attorney

        s/Maggie Smith
        Assistant U.S. Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        maggie.smith@usdoj.gov
        (313) 226-9135

Dated: January 8, 2021